# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOMAXON PHARMACEUTICALS, INC. AND PROCOM ONE, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ACTAVIS ELIZABETH LLC, ACTAVIS, INC., MYLAN INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | Civil Action No. 3:22-MC-0044-C |

**ORDER**

The Court, having considered Defendants and Counterclaim-Plaintiffs Mylan

Pharmaceuticals Inc. and Mylan Inc.'s Motion to Quash, filed June 15, 2022, is of the opinion

that the same should be **GRANTED IN PART** solely to the extent that said Motion be

transferred. Specifically, the Court declines to issue a merits ruling as to Defendants' Motion as

the transferee court currently has a scheduling order in place which contains a deadline for the

close of fact discovery. Accordingly, the Court **ORDERS** that Defendants' Motion to Quash be

**TRANSFERRED** to the United States District Court for the District of Delaware as this

proceeding presents exceptional circumstances.[1] *See* Fed. R. Civ. P. 45(f).

SO ORDERED.

Dated June 21, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *See Somaxon Pharmaceuticals Inc. et al. v. Actavis Elizabeth LLC et al.*, No. 1:10-CV-1100 (D. Del.).